

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-24-00331-CV |
| AJM-W, | § | Appeal from the |
| A CHILD. | § | County Court at Law No.5 |
| | § | of El Paso County, Texas |
| | § | (TC# 2024DCM1391) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBERBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.